**Form 224**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Vernon J. Kephart**
  Debtor(s)

Bankruptcy Case No.: 22−21288−TPA

Chapter: 13
Docket No.: 11 − 1, 7

## **CERTIFICATION**

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **July 2, 2022** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **July 18, 2022** and failure to meet that deadline would result in the dismissal of the case.

As of **July 22, 2022,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

Michael R. Rhodes<br>Clerk

## **ORDER**

   **IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Each *Income Attachment* issued in the case is now **TERMINATED.**

 Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: July 22, 2022                    Thomas P. Agresti
                        United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Vernon J. Kephart  
    Debtor

Case No. 22-21288-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Jul 22, 2022      Form ID: 224      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vernon J. Kephart, 143 Burke Drive, Monroeville, PA 15146-1505 |
| 15495214 | | Allegheny County Treasurer, 436 Grant Street, Pittsburgh, PA 15219-2497 |
| 15495220 | + | Clarion Drs, Po Box 389, Clarion, PA 16214-0389 |
| 15496190 | + | Gateway School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110 Pittsburgh, PA 15219-1753 |
| 15495224 | + | Megan M. Turnbull, Esq., Weiss Burkardt Kramer, LLC, 445 Fort Pitt Blvd., Suite 503, Pittsburgh, PA 15219-1308 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jul 22 2022 23:58:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | EDI: RECOVERYCORP.COM | Jul 23 2022 04:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15496157 | + | EDI: PHINAMERI.COM | Jul 23 2022 04:03:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 15495215 | + | EDI: GMACFS.COM | Jul 23 2022 04:03:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15495217 | + | EDI: PHINAMERI.COM | Jul 23 2022 04:03:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15495216 | + | Email/Text: bncnotifications@pheaa.org | Jul 22 2022 23:58:00 | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisbiurg, PA 17105-2461 |
| 15495218 | + | EDI: CAPITALONE.COM | Jul 23 2022 04:03:00 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15495219 | + | Email/Text: bankruptcy@cavps.com | Jul 22 2022 23:58:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15496601 | | EDI: DISCOVER.COM | Jul 23 2022 04:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15495221 | + | EDI: DISCOVER.COM | Jul 23 2022 04:03:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15495223 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 22 2022 23:58:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15495225 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 22 2022 23:58:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15495226 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 22 2022 23:58:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15495227 | | EDI: PRA.COM | Jul 23 2022 04:03:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, |

Case 22-21288-TPA    Doc 12    Filed 07/24/22    Entered 07/25/22 00:22:30    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 22, 2022 | Form ID: 224 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | VA 23502 |
| 15495228 | + | Email/Text: bankruptcy@sw-credit.com | Jul 22 2022 23:58:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 15495272 | + | EDI: RMSC.COM | Jul 23 2022 04:03:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15495229 | + | EDI: RMSC.COM | Jul 23 2022 04:03:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15495230 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 22 2022 23:58:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 15495231 | + | EDI: CAPITALONE.COM | Jul 23 2022 04:03:00 | World's Foremost Bank, 4800 Nw 1st Street, Suite 300, Lincoln, NE 68521-4463 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15495222 | | Gateway School District |
| cr | *+ | Gateway School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 24, 2022                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Gateway School District jhunt@grblaw.com skrizanic@grblaw.com;ecfweiss@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Michael Alan Siddons | on behalf of Debtor Vernon J. Kephart msiddons@siddonslaw.com atruss@keaveneylegalgroup.com;ecf@casedriver.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 User: auto Page 3 of 3
Date Rcvd: Jul 22, 2022 Form ID: 224 Total Noticed: 24
TOTAL: 6